7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* William Logan Graham and Angela Kay Graham
*Debtor*

**Bruce E. Strauss , Trustee**
    Plaintiff(s)

v.

**Pete Madison**
    Defendant(s)

*Bankruptcy Case No.*
12–50544–can7

*Adversary Case No.*
13–05005–can

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Defendant, Pete Madison is in default and therefore, all allegations contained in the complaint are deemed as true and correct and, that the Motion for Default Judgment is SUSTAINED.
IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED, that Bruce E. Strauss, Trustee, is granted his judgment against Pete Madison, finding that the transfer of the diamond ring was a fraudulent transfer and as a result is null and void. Additionally, judgment is entered against Defendant, Pete Madison, ordering Defendant to surrender possession of the diamond ring.

Ann Thompson
Court Executive

By: /s/ Debra Lynn Harden
    Deputy Clerk



Date of issuance: 6/7/13

Court to serve